08 JUN 24 AM 11:10

BY: EC          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08 CR 2103 JM |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation |
| ALEJANDRO ALFARO-VASQUEZ, ) | |
| Defendant. ) | |

The grand jury charges:

On or about May 25, 2008, within the Southern District of California, defendant ALEJANDRO ALFARO-VASQUEZ, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United

//

CEM:em(1):San Diego
6/24/08

1  States, that was a substantial step toward committing the offense, all
2  in violation of Title 8, United States Code, Sections 1326(a) and (b).
3     It is further alleged that defendant ALEJANDRO ALFARO-VASQUEZ was
4  removed from the United States subsequent to October 25, 2007.
5     DATED: June 24, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CALEB E. MASON
Assistant U.S. Attorney