```
 1  DAVID J. ZUGMAN
    California Bar No. 190818
 2  964 Fifth Avenue, Suite 300
    San Diego, California  92101-5008
 3  Telephone:  (619) 699-5931
    Facsimile:  (619) 699-5932
 4  zugman@sbcglobal.net

 5  Attorney for Alejandro Alfaro-Vasquez

 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   SOUTHERN DISTRICT OF CALIFORNIA

10                   (HONORABLE JEFFREY T. MILLER)

11  UNITED STATES OF AMERICA,     )   Criminal No. 08CR2103-JM
                                  )
12           Plaintiff,           )   Date: July 25, 2008
                                  )   Time: 11:00 a.m.
13  v.                            )
                                  )
14  ALEJANDRO ALFARO-VASQUEZ,     )   NOTICE OF MOTIONS
                                  )   AND MOTIONS TO
15           Defendant.           )   1) PRODUCE DISCOVERY;
                                  )   2) FILE FURTHER MOTIONS
16  _____)
    TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, and DALE BLAKENSHIP,
17        ASSISTANT UNITED STATES ATTORNEY

18        PLEASE TAKE NOTICE that Defendant, Alejandro Alfaro-Vasquez, by and

19  through his Counsel, David J. Zugman, files this motion for discovery and

20  to allow filing of further motions to be heard July 25, 2008, at 11:00

21  a.m. before the Honorable Jeffrey T. Miller.

22

23

24

25

26

27

28
                                       1                        08CR2103-JTM
```

1  These motions are based upon the facts and law pertaining to this
2  case.  Specifically Mr. Alfaro-Vasquez moves the Court for an order the
3  following:
4  1) Produce discovery;
5  2) File Further Motions.
6  This motion is based upon the information received from the
7  government thus far.

8                                         Respectfully Submitted,
9
10 Date: July 11, 2008                     S/David J. Zugman
                                           David J. Zugman
11                                         Attorney for Mr. Alfaro-Vasquez
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE

I, the undersigned, declare that:

1. I am over eighteen (18) years of age; am a resident of the County of San Diego, State of California; and my business address is 964 Fifth Avenue, Suite 300, San Diego, California, 92101-5008.

2. I am effecting service of DEFENDANT'S MOTIONS on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

   Dale Blakenship, Assistant U.S. Attorney
   Office of the U.S. Attorney
   880 Front Street
   San Diego, CA 92101

3. I hereby certify that I have mailed the foregoing, by United States Postal Service to the following non-EFC participants in this case:

   1. N/A

to the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 11, 2008.

S/David Zugman
DAVID J. ZUGMAN

DAVID J. ZUGMAN
California Bar No. 190818
964 Fifth Avenue, Suite 300
San Diego, California  92101-5008
Telephone:  (619) 699-5931
Facsimile:  (619) 699-5932
zugman@sbcglobal.net

Attorney for Alejandro Alfaro-Vasquez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JEFFREY T. MILLER)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 08CR2103-JM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM OF POINTS AND |
| ALEJANDRO ALFARO-VASQUEZ, | ) | AUTHORITIES |
| | ) | |
| Defendant. | ) | |

**I.**

**INTRODUCTION**

　　Counsel anticipates asking for a continuance of the motion hearing at the next scheduled hearing.  Mr. Alfaro-Vasquez's case is Section 1326 case with a fast-track 48 and then 30 month offer.  Mr. Alfaro-Vasquez rejected that offer and now the case is set for motions and trial.  As this is a Section 1326 case, the substantial pre-trial motion practice is going to be found in the A-file (if it is found at all.)  Consequently, Mr. Alfaro-Vasquez is filing his initial motion for discovery in the hopes that he can file all of his Rule 12 challenges at one time and after having reviewed all of the pertinent discovery. Counsel has been told by the Government that the A-file will be soon

1 available for inspection.

## II.

### **PRODUCE DISCOVERY**

Mr. Alfaro-Vasquez has requested Rule 12, 16, and 26 by letter dated June 27, 2008, and by phone that same day. Mr. Alfaro-Vasquez reiterates that request now and asks that the Government produced all constitutionally and statutorily required discovery. The Government has produced 67 pages and a DVD of Mr. Alfaro-Vasquez's statement thus far. Mr. Alfaro-Vasquez asks the A-file be produced for his inspection and review.

## III.

### **FILE FURTHER MOTIONS**

Mr. Alfaro-Vasquez also requests that he be allowed to file further motions as new discovery demonstrates their necessity. Mr. Alfaro-Vasquez is not filing his collateral attack on the deportation yet as he has not had access to his A-file which is a prerequisite to filing the motion.

## IV.

### **CONCLUSION**

Mr. Alfaro-Vasquez requests that the Court grant this motion.

Respectfully submitted,

Dated: July 11, 2008          S/ David Zugman
                              David J. Zugman
                              Attorney for Mr. Alfaro-Vasquez